UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                        File No: 2:08-CR-15

ROBERT SCOTT GIRTZ,                      HON. ROBERT HOLMES BELL

    Defendant.
                                         /

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.    The Report and Recommendation of the Magistrate Judge (docket # 45) is approved and adopted as the opinion of the Court.

        2.    Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

        3.    The written plea agreement is hereby continued under advisement pending sentencing.

Dated: October 30, 2008                          /s/ Robert Holmes Bell
                                                                 ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE